UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA FOURTH
DIVISION

| | |
|---|---|
| REYNALDO MAGBUAL,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA (CCA), HOYT BRILL, JOHN RICHES II, NURSE KATHY DEBUHR, NURSE K. JAMES, DR. KIM H. TATSUMI, DR. ALEXANDER A. PLESZYNSKI-PLATZ, DR. SAMKIAT T. VIRATYOSIN, EMSA CORRECTIONAL CARE, INC., AND PATTY SWENSON,<br><br>Defendants. | Court File No. 01-157 (JMR/SRN)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**STIPULATION**

The undersigned parties to this action, through the signatures of their undersigned representatives, hereby stipulate and agree that all claims asserted in this action against Corrections Corporation of America, Inc., ("CCA"), Hoyt Brill, John Riches II and Patty Swenson, together with all claims and causes of action which might have been alleged therein, may be dismissed with prejudice and on the merits, and that each party's costs shall be borne by that party. The parties jointly move the Court to enter an Order confirming this Stipulation.

Respectfully submitted,

BEST & FLANAGAN LLP

Dated: ~~April~~ May 23, 2002.

By [signature]
Robert M. Lewis (249488)
225 South Sixth Street
Minneapolis, MN 55402
612-339-7121

ATTORNEYS FOR DEFENDANTS

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAY 30 2002
DEPUTY CLERK'S INITIALS ______

Dated: ~~April~~ May 2, 2002.

SORTLAND LAW OFFICE

By ______________________

Paul A. Sortland (#103573)
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402-3601
612-375-0400

ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the Stipulation of the parties, the Court hereby dismisses all claims against Corrections Corporation of America, Inc., Hoyt Brill, John Riches II and Patty Swenson in this matter with prejudice and on the merits but without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: May 29th, 2002.

Honorable James M. Rosenbaum

014521-201968 / 189122