UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-157 (JMR/SRN)

| | | |
|---|---|---|
| Reynaldo Magbual | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Corrections Corp., et. al | ) | |

This matter is before the Court on plaintiff's request for an extension of time to file objections to the Report and Recommendation, issued November 4, 2002, by United States Magistrate Judge Susan R. Nelson. Based on the files, records, and proceedings, IT IS ORDERED that:

Plaintiff's request for an extension of time to file objections [Docket No. 86] is granted. Plaintiff shall have until June 10, 2002, in which to object or otherwise so respond.

IT IS SO ORDERED.

Dated: December 20, 2002

JAMES M. ROSENBAUM
United States Chief District Court

FILED DEC 26 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____