UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-157 (JMR/SRN)

Reynaldo Magbual )
)
v. ) **AMENDED ORDER**
)
Corrections Corp. et. al. )

This matter is before the Court on plaintiff's request for an extension of time to file objections to the Report and Recommendation, issued November 4, 2002, by United States Magistrate Judge Susan R. Nelson. Based on the files, records, and proceedings, IT IS ORDERED that:

Plaintiff's request for an extension of time to file objections [Docket No. 86] is granted. Plaintiff shall have until **MARCH 3, 2003,** in which to object or otherwise so respond.

IT IS SO ORDERED.

Dated: January 24th, 2003

JAMES M. ROSENBAUM
United States Chief District Court

FILED 1-24-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS